IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1019 T
(JUDGE BASKIR)

FASTNET CORPORATION, ET AL.,

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Order, filed on August 22, 2006, in the above-referenced matter, the parties submit the following status report. This case currently is suspended pending the outcome of litigation in ***XO Communications v. United States***, Fed. Cl. No. 03-2754 T (2003); ***Comcation v. United States***, Fed Cl. No. 05-515 T (2005); and ***USA Choice Internet Serv., LLC v. United States***, 73 Fed Cl. 780 (2006), *appeal pending*, No. 07-5077 (Fed. Cir. Feb. 8, 2007).

In ***USA Choice***, Judge Lettow awarded Plaintiff judgment with respect to incoming-only PRI channels, DCS and BRA channels, and private lines associated with specific telephone numbers. Final Judgment was entered for Plaintiff on December 15, 2006. The case was docketed at the United States Court of Appeals for the Federal Circuit on February 28, 2007. The docket number is 2007-5077. The initial brief of the United States was filed on June 13, 2007, Plaintiff's brief was filed on August 27, 2007, and the reply brief of the United States was filed on September 13, 2007. Oral argument was held on December 7, 2007, and the parties are waiting

for the decision of the Federal Circuit.

In ***XO Communications v. United States***, Fed Cl. No. 03-2754 T (2003), the parties requested that further proceedings be suspended until the appeal in ***USA Choice*** is finalized. On September 25, 2007, Judge Wheeler agreed to suspend proceedings until ***USA Choice*** is resolved.

On August 17, 2007, a decision was rendered in ***Comcation*** in favor of the United States. The court held that the telephone service utilized by Comcation, an Internet service provider, to connect its customers to its network constituted taxable local service irrespective of whether the telephone service was configured as incoming-only service and the service did not qualify as a tax exempt private communication service. Accordingly, the holding in ***Comcation*** is contrary to the decision in ***USA Choice***, which held that similar incoming-only telephone service was not taxable local telephone service. On October 3, 2007, plaintiff filed a notice of appeal of the ***Comcation*** decision in the United States Court of Appeals for the Federal Circuit. The docket number is 2008-5001. Therefore, until the Federal Circuit resolves the conflict between ***USA Choice*** and ***Comcation,*** the suspension of proceedings in this case should be continued.

Respectfully submitted,

January 22, 2008
Date

*s/Anthony C. Gulotta*

ANTHONY C. GULOTTA
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

January 22, 2008
Date

*s/G. Robson Stewart*

G. ROBSON STEWART
Attorney of Record

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

January 22, 2008 — *s/Steven I. Frahm*
Date — Of Counsel

Attorneys for Defendant