IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1019 T
(JUDGE BASKIR)

FASTNET CORPORATION, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Order of August 22, 2006, the parties submit this Joint Status Report to recommend further proceedings in light of the Federal Circuit's decision in ***USA Choice Internet Services, LLC v. United States***. On April 15, 2008, the United States Court of Appeals for the Federal Circuit issued a decision in ***USA Choice Internet,*** No. 2007-5077 (Fed. Cir. Apr. 15, 2008). The court held that USA Choice's incoming-only phone lines met the definition of "local phone service" in

26 U.S.C. §4252(a), and that none of the lines at issue fell within the "private communication service" exception at §4252(d). As such, USA Choice was denied relief.

Based on the outcome of ***USA Choice***, the parties anticipate that they will be able to agree to dismiss most of the amounts at issue in this case. Plaintiff believes that there may be some amounts at issue relating to telecommunications services which were not addressed by the decision in ***USA Choice***. Plaintiff must review the telephone lines it purchased to determine whether any of the lines were not addressed by ***USA Choice***. After plaintiff completes its review, it will notify defendant's counsel as to its findings. If plaintiff identifies such amounts, defendant would require an opportunity to verify plaintiff's findings. Accordingly, the parties request an additional 120 days to complete this review, after which they will either dismiss the case or file another Joint Status Report.

Respectfully submitted,

May 19, 2008
Date

*s/Anthony C. Gulotta*

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com
Attorney for Plaintiff

May 19, 2008
Date

*s/G. Robson Stewart*

G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 19, 2008
Date

*s/Steven I. Frahm*

Of Counsel
Attorneys for Defendant