IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1019 T
(JUDGE BASKIR)

FASTNET CORPORATION, ET AL.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

# SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Order of August 22, 2006, the parties submit this Joint Status Report on the above-captioned case.

As previously reported, plaintiff believed that there may be some amounts at issue relating to telecommunications services which would be exempt from federal excise tax under the decision in *USA Choice Internet Services, LLC v. United States*, 522 F.3d 1332 (Fed. Cir. 2008). Plaintiff

has reviewed the telephone services it purchased and determined that some of the services were exempt. Defendant has examined plaintiff's findings, and plaintiff's counsel and defendant's trial attorney have reconciled their findings. Accordingly, on July 1, 2008, plaintiff submitted an offer to defendant to compromise the case, which defendant's trial attorney is recommending for acceptance. The offer is now undergoing review within the Tax Division. If the offer is accepted, the parties will dismiss the complaint.

Respectfully submitted,

July 18, 2008
Date

*s/Anthony C. Gulotta*

Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

July 18, 2008 s/G. Robson Stewart
Date G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 18, 2008 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant