IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1019 T
(JUDGE BASKIR)

FASTNET CORPORATION,

Plaintiff

v.

THE UNITED STATES,

Defendant

SUPPLEMENTAL JOINT STATUS REPORT

Pursuant to the Court's Order of August 22, 2006, the parties submit this Joint Status Report with respect to the above-captioned case.

On September 10, 2008, plaintiff's offer dated July 1, 2008, to compromise this case was accepted on behalf of the Attorney General. Accordingly, defendant's counsel has authorized the Internal Revenue Service to process the terms of the settlement. After the Internal Revenue Service has completed processing the settlement and the overpayments have been issued to plaintiff, the parties will file a stipulation for dismissal. The parties

will file another status report in 60 days in the event that they have not filed the stipulation for dismissal in the interim.

Respectfully submitted,

September 15, 2008
Date

*s/Anthony C. Gulotta*
ANTHONY C. GULOTTA
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

September 15, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

September 15, 2008
Date

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant